PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Johnson, Ernest

**Docket Number:** 03-00409-001
**PACTS Number:** 35294

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, United States District Judge

**Date of Original Sentence:** 04/26/2006

**Date of Modification:** 05/26/2010
**Date of Modification:** 09/22/2010

**Original Offenses:** Robbery

**Original Sentence:** 57 months imprisonment; 3 years of supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) full financial disclosure; 3) mental health treatment; 4) no new debt; 5) DNA collection; 6) restitution in amount of $100,000.

**Modification Sentence:** 3 months of home confinement with electronic monitoring
**Modification Sentence:** 4 months in a community corrections center, halfway house, or similar residential facility

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 11/10/2009

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** John Yauch (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

<u>Violation Number</u>      <u>Nature of noncompliance</u>

1. The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

    On August 3 and October 4, 2011, the offender submitted urine samples which yielded positive results for cocaine.

2. The offender has violated the special supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

    During the office visit on August 3, 2011, the offender refused to enter into a community correctional center, halfway house, or similar residential facility in addition to participating in outpatient treatment after submitting the positive urine samples mentioned above.

I declare under penalty of perjury that the foregoing is true and correct.

By: /Jamel H. Dorsey/
U.S. Probation Officer

Date: 10/14/11

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/25/2011 @ 11:00 A.M.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/19/2011
Date