UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 03-409 |
| ERNEST JOHNSON | : | O R D E R & Judgment On Supervised Release |

This matter having come before the Court on the October 14, 2011 petition of the United States Probation Office for a hearing regarding the failure of defendant ERNEST JOHNSON to comply with certain conditions of the term of Supervised Release imposed upon the defendant by this Court on or about April 26, 2006;

and the defendant having appeared before this Court on December 14, 2011, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant U.S. Attorney, appearing), and defendant ERNEST JOHNSON being represented by John H. Yauch, Assistant Federal Public Defender;

and this Court having conducted a hearing during which defendant ERNEST JOHNSON entered a guilty plea to Violation number 2 of the October 14, 2011 petition, charging that the defendant violated the supervision condition which states, in part: "The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or

inpatient basis, as directed by the U.S. Probation Office";

IT IS on this ___16th___ day of December, 2011,

ORDERED that defendant ERNEST JOHNSON is adjudged guilty of violating conditions of supervised release. Specifically, it is the finding of this Court that the defendant tested positive for cocaine on August 3, 2011 and October 4, 2011; and that the defendant failed to comply with U.S. Probation Office's directive to participate in an outpatient drug treatment program; and

IT IS FURTHER ORDERED that the previously imposed term of Supervised Release is hereby revoked and the offender is hereby committed to the custody of the Bureau of Prisons for a term of 15 days. Upon release, the defendant shall be placed on supervised release for an additional term of 1 year and shall be subject to Drug Testing as deemed appropriate by the United States Probation Office;

IT IS FURTHER ORDERED that the defendant is to voluntarily surrender at a date and time designated by the Bureau of Prisons. The Court recommends that the defendant be designated to the Metropolitan Correctional Center in New York City; and

IT IS FURTHER ORDERED that Violation number 1 of the October 14, 2011 petition of the United States Probation Office is hereby dismissed.

HONORABLE STANLEY R. CHESLER
Senior United States District Judge